# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 14 EAL 2020

Respondent              :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

v.                     :

                                 :

WILLIAM DRUMMOND,           :

                                 :

Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.